FILED

07/01/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0490

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## DA 19-0490

| | |
|---|---|
| GRIZ ONE FIREFIGHTING, LLC, | \| |
| Appellant, | \| **ORDER FOR** |
| v. | \| **EXTENSION OF TIME** |
| STATE OF MONTANA, | \| |
| DEPARTMENT OF LABOR AND | \| **RE: APPELLANT'S REPLY** |
| INDUSTRY, EMPLOYMENT | \| **BRIEF** |
| RELATIONS DIVISION and | \| |
| MATTHEW SEAN WEST, | \| |
| Appellees. | \| |

Upon consideration of Appellant's UNOPPOSED Motion and Declaration for Extension of Time to file the Reply Brief, and Good Cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an Extension of Time to and including July 22, 2020, within which to prepare, file, and serve Appellant's Reply Brief on appeal.

SIGNED this _____ day of June, 2020.

_____
JUSTICE or CLERK OF COURT

ORDER FOR EXTENSION OF TIME

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 1 2020